CHIEF JUSTICE
  ROBERT D. BURNS, III

JUSTICES
  KEN MOLBERG
  ROBBIE PARTIDA-KIPNESS
  BILL PEDERSEN, III
  AMANDA L. REICHEK
  ERIN A. NOWELL
  CORY L. CARLYLE
  BONNIE LEE GOLDSTEIN
  CRAIG SMITH
  DENNISE GARCIA
  EMILY A. MISKEL
  NANCY E. KENNEDY
  MARICELA BREEDLOVE



**Court of Appeals**
**Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

RUBEN MORIN
CLERK OF THE COURT
(214) 712-3400
theclerk@5th.txcourts.gov

MYRNA GASC
BUSINESS ADMINISTRATOR
(214) 712-3417
myrna.gasc@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX

February 13, 2024

Ms. April Smith
Attorney at Law
P.O. Box 870550
Mesquite, Texas 75187

Ms. Jennifer Goldman
Dallas County District Attorney's Office
2600 Lone Star Dr., LB-22
Dallas, Texas 75212

Mr. John Creuzot
Dallas County District Attorney
Frank Crowley Courts Bldg.
133 N. Riverfront Blvd., LB-19
Dallas, Texas 75207

Mr. Frank Adler
Law Office of Frank Adler
2501 Ave. J, Suite 100
Arlington, Texas 76006

RE:    Court of Appeals Number:    05-24-00098-CV
       Trial Court Case Number:    JC-22-00857

Style: In the Interest of R.H., a Child

Counsel:

After reviewing the clerk's record, the Court questions its jurisdiction over this appeal. Specifically, there does not appear to be a final judgment. Generally, this Court has jurisdiction over final judgments and certain interlocutory orders as permitted by statute. *See Lehmann v. Har–Con Corp.,* 39 S.W.3d 191, 195 (Tex. 2001); TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a) (listing appealable interlocutory orders). A final judgment is one that disposes of all parties and claims. *See Lehmann*, 39 S.W.3d at 195.

The Texas Department of Family and Protective Services filed a petition seeking to terminate parental rights and to be appointed the managing conservator of the child. The appealed termination decree terminates the parents' parental rights but is silent as to the conservatorship of the child.

So that this Court can determine its jurisdiction over the appeal, appellant is requested to file, by **February 23, 2024**, a jurisdictional letter brief of no more than 3 pages explaining how this Court has jurisdiction over this appeal. Appellees may file a responsive letter brief of no more than 3 pages within 10 days of appellant's letter brief. If any party will be relying on information not in the record before this Court, that party must obtain a supplemental clerk's record from the trial court containing that information.

We suspend the current deadline for appellant's brief on the merits. After it has received briefs regarding the jurisdictional issue, the Court will either: (1) dismiss the appeal for want of jurisdiction; or (2) notify the parties by letter that the Court appears to have jurisdiction over the appeal and set a new deadline for appellant's brief on the merits. We caution appellant that failure to file a jurisdictional brief by **February 23, 2024** may result in dismissal of the appeal without further notice.

Respectfully,

/s/ Ruben Morin, Clerk of the Court

RM/mz

cc:   The Honorable Cheryl Lee-Shannon, Presiding Judge of the 305th Judicial District Court

2

Ms. Mellannise Henderson-Love